## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 13-03900 (BKT) |
|---|---|
| YVONNE ELIAS CACERES<br>    DEBTOR | CHAPTER 7 |

### VOLUNTARY DISMISSAL UNDER §1307(b)

**TO THE HONORABLE COURT:**

**COMES NOW,** debtor Yvonne Elias Cáceres through the undersigned attorney and very respectfully states and prays as follows:

1. On May 13, 2013, debtor, Yvonne Elias Cáceres, filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. Debtor informs to this Honorable Court, pursuant to 11 U.S.C. §1307, the voluntary dismissal of the instant Chapter 7 case.

3. Debtor has been informed of the consequences and effects of such dismissal, as described in 11 U.S.C. §349, and the limitations imposed under 11 U.S.C. §362(c).

**WHEREFORE**, debtor requests from this Honorable Court to issue an order dismissing this case.

**RESPECTFULLY SUBMITTED.**

In Caguas, Puerto Rico, this 20th day of June, 2013.

**I CERTIFY** that on this same date the foregoing document has been electronically filed and notified through the CM/ECF system, which gives notice to the United States Trustee, the case trustee, and all other parties. Notice of this document has also being sent to Debtor through mail.

s/ CARLOS A. RUIZ RODRIGUEZ
USDC-PR 210009
Attorney for Debtor
P.O. Box 1298
Caguas, PR 00726-1298
Phone: (787) 286-9775
Fax: (787) 747-2174
caruiz@reclamatusderechos.com